UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | |
|---|---|---|---|
| FRANK MEDINA d/b/a INSURANCE AGENT NEAR ME | | | |
| *versus* | | | |
| BARRY KAMRAN, NETWORK BUSINESS SOLUTIONS, INC., NEWS INSURANCE SERVICES INC., | | | |

United States Courts
Southern District of Texas
FILED
MAR 3 1 2025
4000/2112
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Lawyer's Name | Theodore P. Cummings |
| Firm | CUMMINGS IP LAW |
| Street | 1848 Fairfax Avenue, Suite No. 1 |
| City & Zip Code | Cincinnati, Ohio 45207 |
| Telephone & Email | 513-273-7989; attorney@cummingslaw.net |
| Licensed: State & Number | Licensed: Ohio; 0075790 |
| Federal Bar & Number | |

| | |
|---|---|
| Name of party applicant seeks to appear for: | FRANK MEDINA d/b/a INSURANCE AGENT NEAR ME |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 3/31/2025 | Signed: /Theodore P. Cummings/ |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: ______________________

______________________________
United States District Judge